**Order entered March 11, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00188-CV

**EXXONMOBIL PIPELINE COMPANY, ET AL., Appellants**

**V.**

**TRAVIS G. COLEMAN, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12563**

## ORDER

We **GRANT** appellants' March 10, 2014 motion for an extension of time to file a brief. Appellants shall file their brief on or before April 24, 2014. We caution appellants that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE